# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:18-cr-169 |
| | ) | |
| v. | ) | Judge Travis R. McDonough |
| | ) | |
| LARRY MADDOX | ) | Magistrate Judge Susan K. Lee |
| | ) | |
| | ) | |

## ORDER

On January 29, 2020, United States Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 33). In his report and recommendation, Magistrate Judge Steger recommended that Defendant Larry Maddox's motion to suppress be granted. (*Id.*) Neither party has filed objections to Magistrate Judge Steger's report and recommendation. Nevertheless, the Court has conducted a reviewed the report and recommendation, as well as the record, and it agrees with Magistrate Judge Steger's well-reasoned conclusions. Accordingly, the Court hereby **ACCEPTS** and **ADOPTS** the Magistrate Judge Steger's report and recommendation (Doc. 33), pursuant to 28 U.S.C. § 636(b)(1). Defendant's motion to suppress (Doc. 20) is hereby **GRANTED**.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**